CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jesse Giddings 05-24237
Full Name of Plaintiff    Inmate Number

v.

Sines
Name of Defendant 1
"Under the color of law"

Ryan Barns
Name of Defendant 2
"Under the color of law"

Brad Shoemaker
Name of Defendant 3
"Under the color of law"

Harry Entz
Name of Defendant 4
"Under the color of law"

Cody Beck
Name of Defendant 5 "Under the color of law"

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(✓) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
WILLIAMSPORT
OCT 29 2021
PER _____
DEPUTY CLERK

I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

SG. Joesph Defransico
NAME OF DEFENDENT 6 "Under the color of law"

Scott Metzger
NAME OF DEFENDENT 7 "Under the color of law"

Richard Mirabito
NAME OF DEFENDENT 8 "Under the color of law"

Tony Mussare
NAME OF DEFENDENT 9 "Under the color of law"

Nurse Malynn
NAME OF DEFENDENT 10 "Under the color of law"

Nurse Kim
NAME OF DEFENDENT 11 "Under the color of law"

Nurse Sheila
NAME OF DEFENDENT 12 "Under the color of law"

DR. McGlauklyn
NAME OF DEFENDENT 13 "Under the color of law"

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

Giddings Jesse Derrick
Name (Last, First, MI)

05-24237
Inmate Number

Lycoming County Prison
Place of Confinement

277 West Third Street
Address

Williamsport, PA 17701
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Sines
Name (Last, First)

Correctional Officer
Current Job Title

277 West Third Street
Current Work Address

Williamsport, PA 17701
City, County, State, Zip Code

Page 2 of 6

Defendant 2:

Ryan Barns
Name (Last, First)

Deputy Warden
Current Job Title

277 West Third street
Current Work Address

Williamsport, PA 17701
City, County, State, Zip Code


Defendant 3:

Brad Shoemaker
Name (Last, First)

Warden
Current Job Title

277 West Third street
Current Work Address

Williamsport, PA 17701
City, County, State, Zip Code


Defendant 4:

Harry Entz
Name (Last, First)

LT
Current Job Title

277 West Third street
Current Work Address

Williamsport, PA 17701
City, County, State, Zip Code


Defendant 5:

Cody Beck
Name (Last, First)

Sgt
Current Job Title

277 West Third street
Current Work Address

Williamsport, PA 17701
City, County, State, Zip Code

DEFENDENT 6
Joesph Defransico
Sgt
277 West Third street
Williamsport, PA 17701

DEFENDENT 7
Scott Metzger
Comissioner
48 West Third street
Williamsport, PA 17701-6514

DEFENDENT 8
Richard Mirabito
Comissioner
48 West Third street
Williamsport, PA 17701-6514

DEFENDENT 9
Tony Mussare
Comissioner
48 West Third street
Williamsport, PA 17701-6514

DEFENDENT 10
Malynn
Nurse
277 West Third street
Williamsport, PA 17701

DEFENDENT 11
Kim
Nurse
277 West Third street
Williamsport, PA 17701

DEFENDENT 12
Sheila
Nurse
277 West Third street
Williamsport, PA 17701

DEFENDENT 13
McGlauklyn
Doctor
277 West Third street
Williamsport, PA 17701

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

On G-Block I was in 14 cell the date was 9-13-21 at around 11:57 lunch time, the camera will show exact time.

B. On what date did the events giving rise to your claim(s) occur?

On 9-13-21 is where the events took place.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On 9-13-21 C-O Swain kicked at my face while I was sitting on the floor of my cell and something from the sole of his boot went into my eye. I ask multiple CO to get me a Nurse and White shirt and No one came to my Aid, I also ask that I be able to file a Criminal complaint and still didn't get any help. I ask C-O Koon, C-O Kuhns and C-O Sicily who was a trainee on this day. I received a Request Slip from C-O Farley and was told to write medical, I wrote medical thinking I would receive some help and I still didn't get any help with the situation.

IV. **LEGAL CLAIM(S)**

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

My 14th Amendment for Due Process and My 8th Admendment Crule an Unusual Punishment.

V. **INJURY**

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

My right eye gets like a blurry effect at time and starts to water at times when I get this blurry effect.

VI. **RELIEF**

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I would like monetary relief I want medical for my eye to make sure this Issue with my eye dont get worse I also want to make sure this officer cant do this to any other Immates he needs to Re-sign.

Page 5 of 6

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Jesse Siddings*
Signature of Plaintiff

10-22-21
Date

NEOPOS 10/25/20 USPO

Jesse Giddings #05-24837
Lycoming County Prison
P.O. Box 247
Phoenix, MD 21131-0247

United States District Court
Middle District of Pennsylvania
U.S. Courthouse & Federal Office
240 West Third Street, Suite
Williamsport, PA 17701