IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE GIDDINGS, | : | |
|     Plaintiff | : | |
| | : | No. 1:21-cv-01841 |
| v. | : | |
| | : | (Judge Kane) |
| SINES, et al., | : | |
|     Defendants | : | |

**ORDER**

    **AND NOW**, on this 20th day of July 2022, upon consideration of the pending motions to dismiss the amended complaint (Doc. Nos. 22, 23), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to update the proper spelling of the following Defendants' names: Kim Poorman, RN; Maelynne Murphy, LPN; Sheila Lain, LPN; Andrea Hoover, LPN; and Shawn P. McGlaughlin, M.D.;

2. Defendant McGlaughlin's motion to dismiss (Doc. No. 22) is **DENIED**;

3. Defendants Poorman, Murphy, Lain, and Hoover's motion to dismiss (Doc. No. 23) is **DENIED**;

4. Defendants Poorman, Murphy, Lain, Hoover, and McGlaughlin shall answer the amended complaint within **twenty-one (21) days** of the date of this Order;

5. The parties shall complete discovery within **seven (7) months** of the date of this Order; and

6. The parties shall file dispositive motions within **sixty (60) days** of the close of discovery.

                                                                                   s/ Yvette Kane
                                                                                   Yvette Kane, District Judge
                                                                                    United States District Court
                                                                                    Middle District of Pennsylvania